IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN ASCENCION ANGEL,<br>     Petitioner,<br><br>          v.<br><br>J.L. JAMISON, *et al.*,<br>     Respondents. | :<br>:<br>:<br>:  Civil No. 2:26-cv-00791-JLS<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 10th day of February, 2026, upon review of Petitioner Martin Ascencion Angel's Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** that Respondents shall file a response on or before **Friday, February 13, 2026, at 5:00 PM**.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**