## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN ASCENCION ANGEL,           :
                  Petitioner,           :
                                 :

            v.           :    Civil No. 2:26-cv-00791-JLS
                                 :

J.L. JAMISON, *et al*.,           :
                  Respondents.           :

### ORDER

**AND NOW**, this 24th day of April, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 9), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.